

**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation
P.O. Box 878 Ben Franklin Station
Washington, D.C. 20044

VIA ACMS

June 26, 2026

Honorable Molly Dwyer
Clerk of Court
United States Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

Re:   Citation of Supplemental Authority: *Blanche v. Lau*, 609 U.S. --- (2026),
      *Rodriguez Vazquez v. Hermosillo*, No. 25-6842 (argued March 4, 2026).

Dear Ms. Dwyer:

Pursuant to Rule 28(j), Appellants write to notify the Court of the Supreme Court's recent decision in *Blanche v. Lau*, No. 25-429 (attached), which supports Appellants' arguments in this appeal.

In *Lau*, the Supreme Court addressed when a lawful permanent resident returning to the United States will be treated as "seeking admission." *See* 8 U.S.C. §1101(a)(13)(C). In answering that question, the Supreme Court tellingly used the phrase "applicant for admission" interchangeably with "seeking admission." *Compare* Slip Op. 6 ("At step one, the Government properly regarded him as an alien seeking admission"), *with id*. at 6-7 ("But, it nowhere says that the Government has the burden to establish by clear and convincing evidence that the alien is an applicant for admission"); *see id*. at 5 ("The Government correctly regarded Lau as an applicant for admission"); *accord id*. at 3 ("the officer did not regard Lau as already admitted, but instead as an applicant seeking admission"); *id*. at 4 (similar).

The Supreme Court also recognized that, as a matter of ordinary meaning, an alien who is "applying" for admission is "seeking" admission. Specifically, the Court summarized the parole statute—which authorizes the Executive to parole "any alien applying for admission to the United States," 8 U.S.C. §1182(d)(5)(A)—as "allow[ing] the Government to parole certain aliens *seeking admission* …." Slip Op. 3 (emphasis added).

*Lau* thus supports the Appellants' argument that "applicants for admission"

1

are "seeking admission" under 8 U.S.C. §1225(a) and (b)(2). Opening Br. 20-25; Reply Br. 3-15.

|  | Respectfully submitted, |
|---|---|
| BRETT A. SHUMATE<br>Assistant Attorney General<br>United States Department of Justice<br>Civil Division | BENJAMIN HAYES<br>Senior Counsel to the Assistant<br>Attorney General |
| YAAKOV M. ROTH<br>Principal Deputy Assistant Attorney<br>General | /s/ Victor M. Mercado-Santana<br>VICTOR M. MERCADO-<br>SANTANA<br>Senior Litigation Counsel |
| DREW C. ENSIGN<br>Deputy Assistant Attorney General | IAN S. LAM<br>JAIME DURR<br>Trial Attorneys |

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2026, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Ninth Circuit by using the ACMS system. I certify that service to participants who are registered ACMS users, including Appellee's attorneys, will be accomplished by the ACMS system.

/s/ Victor M. Mercado-Santana
Victor M. Mercado-Santana
Senior Litigation Counsel

3