# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 29, 2026

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re: Andre Quinones, Acting Director of the Seattle Field Office of U.S. Immigration and Customs Enforcement, et al.
v. Ramon Rodriguez Vazquez, Individually and on Behalf of All Others Similarly Situated
No. 26-568
(Your No. 25-6842)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 28, 2026 and placed on the docket October 29, 2026 as No. 26-568.

Sincerely,

**Scott S. Harris**, Clerk

by

Pipa Fisher
Case Analyst